# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP,** *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>**WES ALLEN,** *in his official capacity as Alabama Secretary of State*,<br><br>   Defendant. | Case No.: 2:21-cv-1531-AMM |
| **IN RE REDISTRICTING 2025**<br><br>**SPECIAL MASTER** | Misc. No.: 2:25-mc-1682-AMM |

BEFORE THE SPECIAL MASTER:

## ORDER

The Court directed the Special Master to submit three proposed plans and a Report and Recommendation by October 24, 2025. To meet that deadline while permitting parties and interested non-parties to participate in the process, the Special Master is setting the following submission schedule.

1. Any party or other interested person desiring to do so must submit proposed remedial plans by **11:59 PM Central Time on Thursday, October 9, 2025**. Each

proposed remedial plan may be accompanied by an explanation of the plan and its compliance with the Court's order of October 1, 2025. The Special Master is aware that plaintiffs submitted an illustrative remedial plan with their claims under the Voting Rights Act as part of earlier proceedings, but plaintiffs should nonetheless submit that plan or other proposed remedial plans (labeled as such) in the manner described in this order if they wish to have those plans considered by the Special Master, which will ensure that parties are clear as to which plans should be considered going forward, that those plans are included in the Special Master's record, and that those plans are available for public review and comment.

2. Any party or other interested person desiring to do so may submit comments on any other party's or person's proposed remedial plan by **11:59 PM Central Time on Wednesday, October 15, 2025**.

3. Proposed remedial plans must be compatible with the use of Maptitude, which is the software being used by the Special Master's team. The electronic file for each proposed remedial plan should be in Department of Justice (DOJ) format (Block, district # or district #, Block). This should be a two-column, comma-delimited file containing the FIPS code for each block and the district number. Maptitude has an automated plan import that creates a new plan from the block/district assignment list. An example of DOJ format is SSCCCTTTTTTBBBBDDDD, where "SS" is the 2-digit state FIPS code; "CCC" is

the 3-digit county FIPS code; "TTTTTT" is the 6-digit census tract code; "BBBB" is the 4-digit census block code; and "DDDD" is the district number, right-adjusted.

4. Explanations supporting proposed remedial plans and comments to others' proposed remedial plans should be in PDF format.

5. Be advised that all proposed remedial plans, explanations, and comments will be publicly available, and that the Special Master is not limited in his ultimate recommendations to the proposed plans received during this process.

6. To ensure a central record as to the Special Master process, all parties and other interested persons shall file their proposals on the miscellaneous docket sheet for *In Re Redistricting 2025*, 2:25-mc-1682-AMM (N.D. Ala.), which is listed second in the header of this order. The filings will include only the miscellaneous header and shall **not** be docketed on the docket sheet for the underlying case (*Alabama State Conference of the NAACP*). If an interested non-party desires to submit a proposal but is unable to access the docket sheet, that person may contact the Court at manasco_chambers@alnd.uscourts.gov. The Court will forward submissions it receives to the Special Master and his team.

**DONE** and **ORDERED** this 2nd day of October, 2025.

_____
**RICHARD F. ALLEN**
**SPECIAL MASTER**

3