# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, et al., <br><br>**Plaintiffs,**<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State , <br><br>**Defendant.** | Civil Action No:  Case No.: 2:21-cv-1531-AMM |
| IN RE DISTRICTING 2025<br><br>SPECIAL MASTER | Misc. No.: 2:25-mc-1682-AMM |

## SECRETARY ALLEN'S NOTICE TO SPECIAL MASTER

Pursuant to the Court's October 1, 2025 Order appointing the Special Master and his team (Doc. 302), Defendant Secretary Allen gives notice that the Alabama Legislature's Reapportionment Committee has a Maptitude license that the Reapportionment Committee has agreed to make available for Mr. Ely to use for the work on this case.

Secretary Allen further requests that the Special Master advise him concerning the best way to provide the Special Master team with the block equivalency files for the Enacted Plan, the shapefiles for Alabama's municipalities, and the shapefiles for Alabama's precinct lines. On that note, the Secretary also gives notice that he is aware the precinct lines for at least Montgomery County, and possibly others, have changed since 2021, and Reapportionment Committee staff are currently working to gather the updated data.

Respectfully submitted this the 3rd day of October, 2025.

    Steve Marshall
      *Alabama Attorney General*

    Edmund G. LaCour Jr.
      *Solicitor General*

    Richard D. Mink
    Misty S. Fairbanks Messick
    Scott Woodard
    Brenton M. Smith
    Benjamin M. Seiss
    Charles A. McKay
    Matthew R. Duggan
      *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

<u>s/ *Michael P. Taunton*</u>
Michael P. Taunton
Riley Kate Lancaster
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com

*Counsel for Secretary of State Allen*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I filed the foregoing motion using the Court's CM/ECF system, which will serve counsel for all parties.

s/ *Michael P. Taunton*
Michael P. Taunton
*Counsel for Secretary of State Allen*
