UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Alabama Secretary of State*, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 2:21-cv-1531-AMM |
| IN RE REDISTRICTING 2025 <br><br> SPECIAL MASTER | ) ) ) ) ) ) ) ) ) ) ) Misc. No.: 2:25-mc-1682-AMM |

## AFFIDAVIT OF RICHARD F. ALLEN

I, RICHARD F. ALLEN, declare under penalty of perjury, that the following is true and correct:

1. I am a resident of Prattville, Alabama and maintain an office in Montgomery, Alabama.

2. Pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure, I am submitting this declaration for the purpose of disclosing whether there is any ground under 28 U.S.C. § 455 for my disqualification in the above captioned cases.

3. I have thoroughly familiarized myself with the issues in this case. As a result of my knowledge of the cases, I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: October 6, 2025        By: _____
                                  Richard F. Allen

Sworn to before me and subscribed in my presence on this 6th day of October, 2025.

_____
Notary Public
My commission expires: 10/23/2026

HALEY SEYMORE
My Commission Expires
October 23, 2026