FILED

2025 Oct-09  PM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaration Submitted on Behalf of Plaintiffs in

*Alabama State Conference of NAACP v. Allen*, No. 2-21-cv-1531 (N.D. Ala.)

*In Re Redistricting*, No. 2:25-mc-1682-AMM (N.D. Ala.)

Kassra AR Oskooii, Ph.D.

*University of Delaware*

October 9, 2025

## A.  Background and Qualifications

1.  I, Kassra A.R. Oskooii, am over 18 years of age and am competent to testify.

2.  I am a tenured, Associate Professor in the department of Political Science and International Relations at the University of Delaware ("UD"), having joined the faculty in 2016 as an Assistant Professor. I am also an affiliated faculty member at UD's Data Science Institute, Master of Science in Data Science, Center for Political Communication, and Center for the Study of Diversity. My research and teaching focuses on American political behavior, political methodology, political psychology, political representation, voting rights, and redistricting. My research has appeared in numerous leading peer-reviewed, social science journals, including *Sociological Methods and Research*, *Political Behavior*, *Public Opinion Quarterly*, *Political Psychology*, *Advances in Political Psychology*, *British Journal of Political Science*, *Electoral Studies*, *Perspectives on Politics*, *Political Research Quarterly*, *Urban Affairs Review*, *State Politics and Policy Quarterly*, and *Journal of Public Policy*.

3.  I received my Ph.D. in Political Science, specializing in American politics, minority and race politics, and political methodology, from the University of Washington in Seattle, Washington in 2016. Prior to that, I received my master's degree in political science at the University of Washington and received a political methodology field certificate from the Center for Statistics & the Social Sciences in 2013. I received my Bachelor of Arts in Political Science in 2008 at the University of Washington, with minors in Human Rights and Law, Societies, and Justice.

4.  Throughout my academic career, I have taught courses on a range of topics related to voting behavior and redistricting. This includes instruction on demographic and electoral data collection and analysis utilizing election returns, voter history files, Decennial U.S. Census data, and American Community Survey data. I have also instructed on the evaluation of electoral maps for compliance with the Voting Rights Act of 1965 (VRA) and traditional redistricting principles.

5.  I have served as an expert witness in various redistricting and voting rights cases, including this case. In my work as an expert witness, I have utilized demographic data derived from voter files, the U.S. Decennial Census or American Community Survey to conduct racially polarized voting analyses and electoral performance analyses, to develop demonstrative /illustrative Gingles 1 and remedial plans, and to evaluate plans for compliance with the VRA and traditional and state-specific redistricting principles.

6.  Relevant to this report, in *Soto Palmer v. Hobbs*, No. 3:22-cv-05035-RSL (W.D. Wash. 2021) [Testified], the court adopted one of my remedial legislative redistricting plans for the State of Washington, which I developed without the use of racial or political data to address a violation of Section 2 of the VRA. Additionally, I was found to be "highly credible" as a *Gingles I* expert by the District Court of Kansas in *Coca v. Dodge City*, No. 6:22-cv-1274 (D. Kan. July 10, 2024) [Deposed and Testified], where I presented

2

illustrative *Gingles I* plans that similarly did not rely on race or political data. In the liability phase of this case, I provided rebuttal expert testimony regarding the calculation, reliability and reporting of Citizen Voting Age Population (CVAP) data and offered opinions on Dr. Trende's methodology for constructing dot density plots, but did not conduct any analysis beyond this concerning the Enacted or Illustrative maps.

7. Other cases I have submitted expert reports for include, *Dickinson Bay Area Branch NAACP v. Galveston County, Texas*, No. 3:22-cv-117-JVB (S.D. Tex. 2023) [Deposed & Testified], *Baltimore County Branch of the NAACP v. Baltimore County, Maryland*, No. 1:21-cv-03232-LKG (D. Md. 2022), *Common Cause Florida v. Lee*, No. 4:22-cv-00109-AW-MAF (N.D. Fla. 2022), *Common Cause Florida v. Byrd*, No. 4:22-cv-00109-AW-MAF (N.D. Fla. 2022) [Deposed], *Reyes v. Chilton*, No. 4:21-cv-05075-MKD (E.D. Wash. 2021) [Deposed], *Finn et al. v. Cobb County Board of Elections and Registration*, No. 1:22-cv-02300-ELR (N.D. Ga. 2022), *Caroline County Branch of the NAACP v. Town of Federalsburg*, Civ. Action No. 23-SAG-00484 (D. Md. 2023), *Wicomico County Branch of the NAACP et al. v. Wicomico County, MD*, Civ. Action No. 23-MJM-03325 (D. Md. 2023), *New York Communities for Change et al v. County of Nassau, NY*, No.602316/2024 (N.Y.S.) [Deposed & Testified], and *NC NAACP et al. v. Berger et al.*, No. 23-cv-1104 (M.D. NC. 2023) [Deposed & Testified].

8. More information about my qualifications and expert witness and consulting background, including all my publications over the past ten years, can be found on my Curriculum Vitae, appended to this declaration as **Appendix B**.

9. My compensation is set forth in my April 19, 2024 report, and is not in any way contingent on the content of my opinions or the outcome of this matter.

## B. Scope of Work

10. Counsel for the plaintiffs requested that I develop Senate legislative remedial redistricting plan(s) for the Montgomery area without reference to racial, ethnic, electoral, or political data.

11. In connection with this work, I was instructed to review and comply with the court order issued by the Honorable United States District Judge Anna M. Manasco, as well as the special master's order issued by Mr. Richard F. Allen. I received both documents from plaintiffs' counsel.

12. Attached to this report are the district shapes for two remedial plans (labeled "Oskooii Remedial Plan A" and "Oskooii Remedial Plan B"), along with block assignment files and PDF images of each plan. I have also included an interactive HTML file displaying the boundaries of the currently Enacted Plan and both remedial plans. This interactive format allows users to view key roadways and geographical features, and it can be downloaded and opened in any standard internet browser.

C. **Approach**

13.  In developing the remedial plans, I closely reviewed and followed the Court's order and the applicable Alabama State "Reapportionment Committee Redistricting Guidelines" appended to that order. The criteria I considered were as follows:

   a.  Compliance with the one-person, one-vote principle guaranteed by the Equal Protection Clause of the Fourteenth Amendment, using data from the 2020 U.S. Census. To this end, I sought to improve population balance among districts in the Montgomery region by ensuring that no district deviated more than ±5% from the ideal district population size, resulting in an overall population deviation range of less than 10% in each plan.

   b.  Adherence to traditional redistricting criteria, including compactness, contiguity, and respect for political subdivisions and communities of interest, such as counties, Voting Tabulation Districts (VTDs), municipalities, and Census-designated places (CDPs).

   c.  Minimization of changes to the Enacted Plan where practicable, with efforts to preserve the cores of existing districts whenever possible.

   d.  Limiting the number of counties included in each district, to the extent feasible.

14.  In addition to the above criteria, I did not consider race or racial demographics in drawing the remedial plans. I did not make visible, view, or otherwise consult any racial demographic data while drawing districts.

15.  I did not assess the districts for performance to elect minority candidates of choice. It is my understanding that another plaintiffs' expert is conducting such an analysis.

16.  I did not consider election results or any partisan performance metrics in drawing the remedial plans, and I did not make visible, view, or otherwise consult any such data while drawing districts.

17.  I used Dave's Redistricting Application (DRA) to develop the remedial plans and consulted the ESRI Redistricting Application to conduct additional connectivity checks. During these checks, I found that the Enacted Plan includes a point-to-point contiguity in District 8, where two parts of the district are connected only at a single boundary point. Because my remedial plans did not modify any boundaries in that region of the state, I did not alter or attempt to correct this issue.

18. The 2020 U.S. Census data, which is available within DRA software, was used to calculate the population deviation of districts.[1]

19. I relied on the Alabama State Senate Enacted boundaries to develop the remedial plans and minimized changes to the Enacted district boundaries as much as practicable.[2] I did not consult any other Alabama districting plans in my efforts to develop these remedial plans.

20. I relied on Census VTDs as the primary building blocks for the remedial plans. I avoided splitting any VTDs beyond those already divided in the Enacted Plan, except where a split was necessary to preserve road contiguity and/or maintain the integrity of cities, towns, and CDPs.

21. I conducted a comparative compactness analysis of the plans using two commonly applied metrics: Reock and Polsby-Popper. This analysis was performed using the publicly available redistmetrics package within the open-source statistical programming environment R.[3]

22. Summary statistics for the district-level racial and ethnic Voting Age Population (VAP) were obtained from DRA only following the development of the remedial plans.

23. I assessed whether any incumbents were paired within the affected districts, based on incumbent address information provided to me by counsel for the plaintiffs. This evaluation was conducted after the remedial plans had been completed.

## D. **Oskooii Remedial Plan A**

24. **Appendix Figure 1A** provides a full visual depiction of Oskooii Remedial Plan A. **Figure 1** below provides a close-up visual of the region where Remedial Plan A introduces changes to Districts 30, 25, and 26, relative to the Enacted Plan.

---

[1] District population deviation is the difference between a district's population and the ideal population. Ideal population is calculated by dividing the total population of a jurisdiction by the total number of districts in that jurisdiction.

[2] The ESRI shapefile for the Enacted Plan is publicly available on DRA, and can also be downloaded from the Redistricting Data Hub (RDH) found here: https://redistrictingdatahub.org/dataset/2021-alabama-state-senate-adopted-plan/

[3] Reock score is calculated by taking the ratio of the area of a district to the area of its minimum bounding circle. Polsby-Popper score is calculated by taking the ratio of the area of a district to the area of a circle whose circumference matches the perimeter of the district. Both scores range from 0 to 1. Scores closer to 0 indicate a less compact jurisdiction and scores closer to 1 indicate a more compact jurisdiction.

**Figure 1: Oskooii Remedial Plan A Districts 30, 25, and 26**



25.    Remedial Plan A makes minimal changes to the Enacted map and does not introduce any changes to the Enacted district boundaries outside of Districts 30, 25, and 26. In developing this plan, I began by closely examining the shape and population deviation of the districts in the Montgomery area. I observed that, under the Enacted Plan, District 30 was the least populous Senate district in the state, while District 26 had an unusually irregular shape—most notably, a narrow protrusion on its eastern side that resembled the open mouth of a Pac-Man figure. I also observed that District 26 stretched across the full length of three counties, bypassing population centers near Montgomery. These features served as my starting point for redrawing the district boundaries in this region. From there, I applied all applicable redistricting criteria, aiming to make the least disruptive changes necessary to improve the plan—specifically, by reducing population deviation among the districts and enhancing their shape and compactness.

26.    **Appendix Table 1A** presents the total population and the population deviation from the ideal district size for each district under both the Enacted Plan and the Remedial Plans, based on 2020 U.S. Census data.

27.    As shown in **Table 1A**, Remedial Plan A significantly improves population deviations for Districts 30, 25, and 26, compared to the Enacted Plan. Notably, District 30—through the incorporation of VTDs from Elmore County—is no longer the least populous Senate district in Alabama. Specifically, the population deviation for District 30 improves from –4.98% under the Enacted Plan to +2.15% under Remedial Plan A.

28.    Overall, Remedial Plan A ensures that each district falls within the acceptable population deviation range of ±5%, with a total plan deviation of less than 10%.

29.    The addition of population to District 30 under Remedial Plan A not only improves its population deviation but also enhances district compactness. As a result, District 25 no longer extends across the full length of three counties—Crenshaw, Montgomery, and Elmore—as it does under the Enacted Plan.

30.    **Appendix Tables 2A and 2B** present comparative Reock and Polsby-Popper compactness scores, demonstrating that the districts in Remedial Plan A are either comparable to or significantly more compact than the corresponding Enacted Plan districts.

31.    Overall, the districts in Remedial Plan A are reasonably shaped and compact.

32.    Remedial Plan A minimizes changes to the Enacted Plan to the extent practicable, respecting political subdivisions and communities of interest such as minimizing splitting counties, cities, CDPs, and VTDs.

33.    Remedial Plan A districts are comprised of convenient, contiguous territory and are traversable.

7

34. Compared to the Enacted Plan, only a single VTD is split in Remedial Plan A—and solely for the purpose of keeping the community of Redland whole within the boundaries of District 25.

35. Remedial Plan A splits the same 19 counties split under the Enacted Plan.

36. Compared to the Enacted Plan, Remedial Plan A includes one additional county-district split (36 total, compared to 35 in the Enacted Plan), implemented to improve population deviation and district compactness. Specifically, Elmore County is split three times to minimize additional VTD splits and to avoid splitting any cities, towns, or CDPs beyond those already divided in the Enacted Plan.

37. The number of county-district splits in Elmore County is neither an outlier nor uncommon when viewed in the context of the Enacted Plan. In fact, five counties are split three or more times under the Enacted Plan: Jefferson (6 times), Madison (4), Limestone (3), Mobile (3), and Shelby (3).

38. Unlike the Enacted Plan, Remedial Plan A keeps the town of Pike Road whole within a single district.

39. Remedial Plan A does not split any additional cities, towns, CDPs beyond those already divided in the Enacted Plan.

40. Based on incumbent address information provided by counsel for the plaintiffs, Remedial Plan A does not result in any incumbent pairings within a single district.

41. **Appendix Tables 3A** presents the VAP data for the districts affected by Remedial Plan A.

42. In summary, Remedial Plan A complies with all applicable redistricting criteria, including constitutional requirements, traditional redistricting principles, and the guidelines set forth by the Court.

## E.  Oskooii Remedial Plan B

43. **Appendix Figure 2A** provides a full visual depiction of Oskooii Remedial Plan B. **Figure 2** below provides a close-up visual of the region where Remedial Plan B introduces changes to Districts 30, 25, and 26, relative to the Enacted Plan.

**Figure 2: Oskooii Remedial Plan B Districts 30, 25, and 26**



44. Remedial Plan B is a variation of Remedial Plan A that avoids splitting Elmore County into three districts.

45. Remedial Plan B makes minimal changes to the Enacted map and does not introduce any changes to the Enacted district boundaries outside of Districts 30, 25, and 26.

46. **Appendix Table 1A** presents the total population and the population deviation from the ideal district size for each district under both the Enacted Plan and the Remedial Plans, based on 2020 U.S. Census data.

47. As shown in **Table 1A**, Remedial Plan B improves population deviations for Districts 30, 25, and 26, compared to the Enacted Plan, ensuring each district falls within the acceptable population deviation range of ±5%, with a total plan deviation of less than 10%.

48. **Appendix Tables 2A and 2B** present comparative Reock and Polsby-Popper compactness scores, demonstrating that the districts in Remedial Plan B are either comparable to or significantly more compact than the corresponding Enacted Plan districts.

49. Overall, the districts in Remedial Plan A are reasonably shaped and compact.

50. Remedial Plan B minimizes changes to the Enacted Plan to the extent practicable, respecting political subdivisions and communities of interest such as minimizing splitting counties, cities, CDPs, and VTDs.

51. Compared to the Enacted Plan, only four VTDs are split in Remedial Plan B. These splits were made to ensure road connectivity between the borders of Districts 26 and 30, and to keep only two districts inside Elmore County.

52. Remedial Plan B districts are comprised of convenient, contiguous territory and are traversable.

53. Remedial Plan B splits the same 19 counties as the Enacted Plan and includes an identical number of county-district splits.

54. Unlike the Enacted Plan, Remedial Plan B keeps the town of Pike Road whole within a single district. However, it splits the city of Wetumpka due to District 25 remaining entirely outside of Elmore County.

55. Remedial Plan B does not split any additional cities, towns, or CDPs beyond those already divided in the Enacted Plan.

56. Based on incumbent address information provided by counsel for the plaintiffs, Remedial Plan B does not result in any incumbent pairings within a single district.

57. **Appendix Tables 3A** presents the VAP data for the districts affected by Remedial Plan B.

58. In summary, Remedial Plan B complies with all applicable redistricting criteria, including constitutional requirements, traditional redistricting principles, and the guidelines set forth by the Court.

**F.  <u>Conclusion</u>**

59. I reserve the right to modify, update, or supplement my report as additional information is made available to me.

60. Pursuant to 28 U.S.C. § 1746, I, Kassra AR Oskooii, declare under penalty of perjury that the foregoing is true and correct.


Executed by:

Dr. Kassra AR Oskooii

Dated: October 9, 2025

**APPENDIX A**

### Figure 1A: Oskooii Remedial Plan A



**Figure 2A: Oskooii Remedial Plan B**



**Table 1A: Total Population and Population Deviation by District and Plan**

| District | Enacted Map | | | Oskooii Remedial A | | | Oskooii Remedial B | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Pop | Deviation | % | Total Pop | Deviation | % | Total Pop | Deviation | % |
| 1 | 145,951 | 2,400 | 1.67% | 145,951 | 2,400 | 1.67% | 145,951 | 2,400 | 1.67% |
| 2 | 150,708 | 7,157 | 4.99% | 150,708 | 7,157 | 4.99% | 150,708 | 7,157 | 4.99% |
| 3 | 150,083 | 6,532 | 4.55% | 150,083 | 6,532 | 4.55% | 150,083 | 6,532 | 4.55% |
| 4 | 140,747 | -2,804 | -1.95% | 140,747 | -2,804 | -1.95% | 140,747 | -2,804 | -1.95% |
| 5 | 137,763 | -5,788 | -4.03% | 137,763 | -5,788 | -4.03% | 137,763 | -5,788 | -4.03% |
| 6 | 145,684 | 2,133 | 1.49% | 145,684 | 2,133 | 1.49% | 145,684 | 2,133 | 1.49% |
| 7 | 150,663 | 7,112 | 4.95% | 150,663 | 7,112 | 4.95% | 150,663 | 7,112 | 4.95% |
| 8 | 148,526 | 4,975 | 3.47% | 148,526 | 4,975 | 3.47% | 148,526 | 4,975 | 3.47% |
| 9 | 150,552 | 7,001 | 4.88% | 150,552 | 7,001 | 4.88% | 150,552 | 7,001 | 4.88% |
| 10 | 150,508 | 6,957 | 4.85% | 150,508 | 6,957 | 4.85% | 150,508 | 6,957 | 4.85% |
| 11 | 147,539 | 3,988 | 2.78% | 147,539 | 3,988 | 2.78% | 147,539 | 3,988 | 2.78% |
| 12 | 150,048 | 6,497 | 4.53% | 150,048 | 6,497 | 4.53% | 150,048 | 6,497 | 4.53% |
| 13 | 149,072 | 5,521 | 3.85% | 149,072 | 5,521 | 3.85% | 149,072 | 5,521 | 3.85% |
| 14 | 141,510 | -2,041 | -1.42% | 141,510 | -2,041 | -1.42% | 141,510 | -2,041 | -1.42% |
| 15 | 137,614 | -5,937 | -4.14% | 137,614 | -5,937 | -4.14% | 137,614 | -5,937 | -4.14% |
| 16 | 143,702 | 151 | 0.11% | 143,702 | 151 | 0.11% | 143,702 | 151 | 0.11% |
| 17 | 137,438 | -6,113 | -4.26% | 137,438 | -6,113 | -4.26% | 137,438 | -6,113 | -4.26% |
| 18 | 138,146 | -5,405 | -3.77% | 138,146 | -5,405 | -3.77% | 138,146 | -5,405 | -3.77% |
| 19 | 136,601 | -6,950 | -4.84% | 136,601 | -6,950 | -4.84% | 136,601 | -6,950 | -4.84% |
| 20 | 138,987 | -4,564 | -3.18% | 138,987 | -4,564 | -3.18% | 138,987 | -4,564 | -3.18% |
| 21 | 143,889 | 338 | 0.24% | 143,889 | 338 | 0.24% | 143,889 | 338 | 0.24% |
| 22 | 136,607 | -6,944 | -4.84% | 136,607 | -6,944 | -4.84% | 136,607 | -6,944 | -4.84% |
| 23 | 141,391 | -2,160 | -1.50% | 141,391 | -2,160 | -1.50% | 141,391 | -2,160 | -1.50% |
| 24 | 140,966 | -2,585 | -1.80% | 140,966 | -2,585 | -1.80% | 140,966 | -2,585 | -1.80% |
| 25 | 147,800 | 4,249 | 2.96% | 141,124 | -2,427 | -1.69% | 140,325 | -3,226 | -2.25% |
| 26 | 148,450 | 4,899 | 3.41% | 144,891 | 1,340 | 0.93% | 142,096 | -1,455 | -1.01% |
| 27 | 148,431 | 4,880 | 3.40% | 148,431 | 4,880 | 3.40% | 148,431 | 4,880 | 3.40% |
| 28 | 147,002 | 3,451 | 2.40% | 147,002 | 3,451 | 2.40% | 147,002 | 3,451 | 2.40% |
| 29 | 142,364 | -1,187 | -0.83% | 142,364 | -1,187 | -0.83% | 142,364 | -1,187 | -0.83% |
| 30 | 136,395 | -7,156 | -4.98% | 146,630 | 3,079 | 2.15% | 150,224 | 6,673 | 4.65% |
| 31 | 137,028 | -6,523 | -4.54% | 137,028 | -6,523 | -4.54% | 137,028 | -6,523 | -4.54% |
| 32 | 150,428 | 6,877 | 4.79% | 150,428 | 6,877 | 4.79% | 150,428 | 6,877 | 4.79% |
| 33 | 136,593 | -6,958 | -4.85% | 136,593 | -6,958 | -4.85% | 136,593 | -6,958 | -4.85% |
| 34 | 138,149 | -5,402 | -3.76% | 138,149 | -5,402 | -3.76% | 138,149 | -5,402 | -3.76% |
| 35 | 136,944 | -6,607 | -4.60% | 136,944 | -6,607 | -4.60% | 136,944 | -6,607 | -4.60% |
| Total Deviation | - | - | 9.97% | - | - | 9.84% | - | - | 9.84% |

**<u>Table 2A: Reock Compactness Scores by District</u>**

## Reock Compactness Scores by District

Plans compared side-by-side (Bigger is better)

| District | Enacted | Oskooii A | Oskooii B |
|---------:|--------:|----------:|----------:|
| 25 | 0.240 | 0.285 | 0.339 |
| 26 | 0.497 | 0.440 | 0.498 |
| 30 | 0.437 | 0.530 | 0.543 |

**<u>Table 2B: Polsby-Popper Compactness Scores by District</u>**

## Polsby-Popper Compactness Scores by District

Plans compared side-by-side (Bigger is better)

| District | Enacted | Oskooii A | Oskooii B |
|---------:|--------:|----------:|----------:|
| 25 | 0.138 | 0.190 | 0.212 |
| 26 | 0.178 | 0.412 | 0.447 |
| 30 | 0.230 | 0.245 | 0.251 |

**Table 3A: Districts 25, 26, and 30 2020 U.S. Census VAP by Plan**

|  | Enacted Plan | | | Oskooii Remedial A | | | Oskooii Remedial B | | |
|---|---|---|---|---|---|---|---|---|---|
|  | District 25 | District 26 | District 30 | District 25 | District 26 | District 30 | District 25 | District 26 | District 30 |
| White, non-Hispanic | 62.27% | 27.05% | 69.59% | 41.20% | 42.55% | 73.39% | 37.38% | 44.67% | 74.20% |
| Black, any part | 29.01% | 66.10% | 23.59% | 49.63% | 50.57% | 20.16% | 53.56% | 48.39% | 19.28% |
| Black, alone | 28.08% | 64.52% | 22.74% | 48.36% | 49.23% | 19.38% | 52.26% | 47.06% | 18.51% |
| Hispanic, any race | 2.30% | 4.36% | 3.25% | 3.18% | 3.93% | 2.81% | 3.15% | 3.93% | 2.85% |
| Asian, any part | 4.59% | 1.88% | 1.32% | 5.03% | 1.77% | 1.21% | 5.08% | 1.75% | 1.22% |
| Asian, alone | 4.19% | 1.44% | 0.97% | 4.61% | 1.31% | 0.88% | 4.68% | 1.28% | 0.90% |

**APPENDIX B**

## Kassra A.R. Oskooii

| | | |
|---|---|---|
| Contact Information | University of Delaware<br>Political Science & International Relations<br>403 Smith Hall, 18 Amstel Ave<br>Newark, DE 19716 | ☎ (302) 831-2355<br>🖶 (302) 831-4452<br>✉ oskooiik@udel.edu<br>🖥 www.kassraoskooii.com |

Academic Appointments

**University of Delaware**
Political Science & International Relations
Associate Professor                                              2021-Present
Assistant Professor                                              2016-2021

*Current Faculty Affiliations*:
Data Science Institute (DSI)                                 2023-Present
Master of Science in Data Science (MSDS)         2023-Present
Center for Political Communication (CPC)           2016-Present
Center for the Study of Diversity (CSD)             2016-Present

Education

**University of Washington**                                    Ph.D., 2016
Department of Political Science

General Fields: American Politics & Political Methodology
Specialized Field: Minority and Race Politics

**University of Washington**                                    M.A., 2013
Department of Political Science
Center for Statistics & the Social Sciences (CSSS)
Political Methodology Field Certificate (2013)

**University of Washington**                                    B.A., 2008
Major: Political Science
Minors: Human Rights and Law, Societies, & Justice

Peer-Reviewed Journal Publications

"Bureaucratic Bias or Voter-Side Factors?  Testing Competing Explanations for Racial Gaps in Vote-By-Mail Ballot Signature Rejections." *Forthcoming*. **Political Research Quarterly**. w/ Herndon and Rios.

"Neighboring Groups and Political Attacks." *Forthcoming*. **Political Research Quarterly**.  w/ Besco, Garcia-Rios, Lagodny, Lajevardi, and Tolley.

"Anti-Muslim Policy Preferences and Boundaries of American Identity Across Partisanship."  2024.  ***Journal of Public Policy***, 44(3):  573-591. w/ Lajevardi, N.

"In the Shadow of September 11: The Roots and Ramifications of Anti-Muslim Attitudes in the United States." 2024. **Advances in Political Psychology**, 45(S1): 87-118. w/ Lajevardi, N., Saleem, M., and Docherty, M.

"Social Mobility Through Immigrant Resentment: Explaining Latinx Support for Restrictive Immigration Policies and Anti-Immigrant Candidates." 2024. **Public Opinion Quarterly**, 88(1): 51-78. w/ Hickel, F., and Collingwood, L.

"The Participatory Implications of Racialized Policy Feedback." 2023. **Perspectives on Politics**, 21(3): 932-950. w/ Garcia-Rios, S., Lajevardi, N. and Walker, H.

"Undermining Sanctuary? When Local and National Partisan Cues Diverge." 2023. **Urban Affairs Review**, 59(1): 133-169. w/ Collingwood, L. & Martinez, G.

"Fight Not Flight: The Effects of Explicit Racism on Minority Political Engagement." 2022. **Electoral Studies**, 80: 102515. w/ Besco, R., Garcia-Rios, S., Lagodny, J., Lajevardi, N., Tolley, E.

"Hate, Amplified? Social Media News Consumption and Anti-Muslim Policy Support." 2022. **Journal of Public Policy**, 42: 656-683. w/ Lajevardi, N. and Walker, H. (FirstView)

"Estimating Candidate Support in Voting Rights Act Cases: Comparing Iterative EI and EI-RxC Methods." 2022. **Sociological Methods and Research**, 51(1): 271-304. w/ Barreto, M., Collingwood & Garcia-Rios, S.

"Beyond Generalized Ethnocentrism: Islam-Specific Beliefs and Prejudice toward Muslim Americans." 2021. **Politics, Groups, and Identities**, 9(3): 538-565. w/ Dana, K. & Barreto, M.

"Opinion Shift and Stability: The Information Environment and Long-Lasting Opposition to Trump's Muslim Ban." 2021. **Political Behavior**, 43: 301–337. w/Lajevardi, N. & Collingwood, L.

Covered in: *The Washington Post (Monkey Cage)*

"The Role of Identity Prioritization: Why Some Latinx Support Restrictionist Immigration Policies and Candidates." 2020. **Public Opinion Quarterly**, 84: 860–891. w/ Hickel, F., Alamillo, R. & Collingwood, L.

"Perceived Discrimination and Political Behavior." 2020. **British Journal of Political Science**, 50(3): 867-892.

"The Paradox Between Integration and Perceived Discrimination Among American Muslims." 2020. ***Political Psychology***, 41(3): 587-606. w/ Lajevardi, N., Walker, H. & Westfall, A.

*Winner of the 2019 American Political Science Association Race, Ethnicity, and Politics Section Best Paper Award.*

"Veiled Politics: Experiences with Discrimination among Muslim Americans." 2019. ***Politics and Religion***, 12(2): 629-677. w/ Dana, K., Lajevardi, N., & Walker, H.

"Partisan Attitudes toward Sanctuary Cities: The Asymmetrical Effects of Political Knowledge." 2018. ***Politics and Policy***, 46 (6): 951-984. w/ Dreier, S. & Collingwood, L.

"A Change of Heart? Why Individual-Level Public Opinion Shifted against Trump's Muslim Ban." 2018. ***Political Behavior***, 40: 1035-1072. w/ Collingwood, L. & Lajevardi, N.

Covered in: *The Washington Post (Monkey Cage), Vox, ThinkProgress, NPR, Al Jazeera, Middle East Eye, Psychology Today, & Social Psych Online*

"Old-Fashioned Racism, Contemporary Islamophobia, and the Political Isolation of Muslim Americans in the Age of Trump." 2018. ***Journal of Race, Ethnicity, and Politics***, 3(1): 112-152. w/ Lajevardi, N.

"The Politics of Choice Reconsidered: Partisanship, Ideology, and Minority Politics in Washington's Charter School Initiative." 2018. ***State Politics and Policy Quarterly***, 18(1): 61-92. w/ Collingwood, L. & Jochim, A.

"Muslims in Great Britain: The Impact of Mosque Attendance on Political Behaviour and Civic Engagement." 2018. ***Journal of Ethnic and Migration Studies***, 44(9): 1479-1505. w/ Dana, K.

"eiCompare: Comparing Ecological Inference Estimates across EI and EI: RxC." 2016. ***R Journal***, 8(2): 92-101. w/ Collingwood, L., Barreto, M. & Garcia-Rios, S.

"How Discrimination Impacts Sociopolitical Behavior: A Multidimensional Perspective." 2016. ***Political Psychology***, 37(5): 613-640.

"Mosques as American Institutions: Mosque Attendance, Religiosity and Integration into the Political System among American Muslims." 2011. ***Religions***, 2(4): 504-524. w/ Dana, K. & Barreto, M.

| | |
|---|---|
| Book Chapters/<br>Encyclopedic<br>Entries | "Discrimination." Forthcoming.  In ***Springer Political Science Encyclopedia*** edited by Audrey Gagnon, Stephen Sawyer, and Daniel Stockemer. |
| | "Discrimination." 2023.  In ***Edward Elgar Encyclopedia of Political Sociology*** edited by Maria Grasso and Marco Giugni. 33:131-133. |
| | "Race and Racism in U.S. Campaigns."  2020.  In ***Oxford Handbook on Electoral Persuasion*** edited by Liz Suhay, Bernie Grofman, and Alex Trechsel.  15:278–295. w/ Christopher Parker, Christopher Towler, and Loren Collingwood. |
| Book Reviews | "Understanding Muslim Political Life in America: Contested Citizenship in the Twenty-First Century."  Edited by Brian R. Calfano and Nazita Lajevardi.  Philadelphia: Temple University Press, 2019.  248p.  ***Perspectives on Politics***. |
| Public Writing | "Biden reverses Trump's 'Muslim Ban.'  Americans support the decision."  ***The Washington Post*** *(Monkey Cage)* (27 January, 2021). w/ Lajevardi, N. and Collingwood, L. |
| | "Targeted: Veiled Women Experience Significantly More Discrimination in the U.S." ***Religion in Public*** (21 January, 2020). w/ Dana, K., Lajevardi, N., and Walker, H. |
| | "Here's what the Democrats need to do to get the DREAM Act through Congress." ***LSE American Politics and Policy Blog*** (29 January, 2018).  Also covered by Newsweek U.S. Edition.  w/ Walker, H. and Garcia-Rios, S. |
| | "Why Individual-Level Opinion Rapidly Shifted Against Trump's 'Muslim Ban' Executive Order." ***Religion in Public*** (17 January, 2018). w/ Collingwood, L. and Lajevardi, N. |
| | "Allies in name only?  Latino-only leadership on DACA may trigger implicit racial biases among White liberals." ***LSE American Politics and Policy Blog*** (28 September, 2017). w/ Garcia-Rios, S. and Walker, H. |
| | "Protests against Trump's immigration executive order may have helped shift public opinion against it" ***LSE American Politics and Policy Blog*** (12 February, 2017). w/ Collingwood, L. and Lajevardi, N. |

| Grants,<br>Fellowships,<br>& Awards | | |
|---|---|---|
| | Nominee of UD's Excellence in Teaching Award | (2023) |
| | UD Provost Teaching Fellow | (2022-2024) |
| | APSA Race, Ethnicity, and Politics Best Paper Award<br>w/ N. Lajevardi, H. Walker and A. Westfall | (2019) |
| | AAPOR Student-Faculty Diversity Pipeline Award | (2019) |
| | CTAL Instructional Improvement Grant: Engaging Diversity<br>in Political Science w/ Kara Ellerby ($11,000) | (2018) |
| | POSCIR Seed Research Grant ($1,500) | (2018) |

|  |  |  |
|---|---|---|
| DEL General University Research Grant ($7,500) | | (2017) |
| UW Political Science Research Fellowship (est. $13,000) | | (2016) |
| Dissertation Improvement Research Grant, UCLA ($3000) | | (2015) |
| Dean Recognition for Exceptional Pedagogical Contribution, UW | | (2014) |
| Best Graduate Paper in PoliSci (w/Hannah Walker), UW | | (2014) |
| UW Center for Democracy & VRA Research Fellowship ($5,000) | | (2014) |
| UW Center for Democracy & VRA Research Fellowship ($5,000) | | (2013) |
| Center for Statistics and the Social Sciences Grant ($1,000) | | (2013) |
| UW WISER Research Grant ($2500) | | (2011-14) |
| UW WISER Survey Research Fellowship ($20,000) | | (2011-14) |
| Grad. Opportunities & Minority Achievement Fellowship ($4,000) | | (2010-11) |
| Donald R. Matthews Graduate Fellowship ($40,000) | | (2010-11) |
| Jody Deering Nyguist Award for Excellence in Public Speaking | | (2008) |

| Research Center/ Academic Affiliations | | |
|---|---|---|
| Data Science Institute (DSI), UD | | (2023 - ) |
| Master of Science in Data Science (MSDS), UD | | (2023 - ) |
| Center for Political Communication, UD | | (2016 - ) |
| Center for the Study of Diversity, UD | | (2016 - ) |
| Race, Justice, Policy Research Initiative, UD | | (2017-20) |
| UW Center for Democracy and Voting Rights Research | | (2013-14) |
| Washington Institute for the Study of Race & Ethnicity (WISER) | | (2010-16) |
| Center for Social Science and Statistics (CSSS), UW | | (2010-16) |
| Washington Survey Research Center (WASRC) | | (2010-15) |

**Teaching Experience**

**University of Delaware** (2016 - )
- POSC 150: Intro to American Politics (x13)
- POSC 230: Intro to Politics and Social Justice (x2)
- POSC 413: Minority Politics, Representation, and Voting Rights (x4)
- POSC 867: Race, Ethnicity, and Politics (Graduate Seminar) (x3)
- POSC 807: American Political Behavior (Graduate Seminar) (x3)

**University of Washington** (2011-2016)
- POLS 202: Intro to American Politics (x2)
- POLS 357: Minority Representation and the Voting Rights Act (x1)
- POLS 205: Political Science as a Social Science (TA)
- POLS 317: US Race and Ethnic Politics (TA)
- POLS 353: US Congress (TA)
- POLS 503: Advanced Research Design and Analysis (TA)
- LAW E 558: Voting Rights Research and the Law (TA)

**Select External Invited Talks/Panels**

"Pernicious Prejudice: Scholarly Approaches to Antisemitism and Islamophobia." ***Harvard University***. Panel Cosponsored by the Edmond & Lily Safra Center for Ethics, Center for Jewish Studies, Center for Middle Eastern Studies, Center for American Political Studies, and FAS Civil Discourse Initiative.

May 1, 2024.

"Diversity and the State of Democratic Citizenship." Featured invited roundtable sponsored by the **Center for the Study of Democratic Citizenship**. April 23, 2021.

"Shocks to the System: Capturing Opinion Shift and Stability Toward Trump's Muslim Ban." Keynote Speaker at the Democracy and Diversity Triannual Conference at the **Center for the Study of Democratic Citizenship** in Montreal, Canada. April 24-25, 2020. [Cancelled Due to COVID-19]

"The New American Electorate." Panelist. **Princeton University**. Event sponsored by the Center for the Study of Democratic Politics. April 3, 2020. [Cancelled Due to COVID-19]

"Neighboring Identities: Psychological and Political Reactions to Generalized and Particularized Anti-Immigrant Appeals." w/Sergio Garcia-Rios. **University of Toronto**. Talk Sponsored by the Department of Political Science. March 6, 2020.

"History, Institutions, and Theory Research Coordination Network on Racial and Ethnic Politics." Panelist. **University of Pennsylvania**. Event sponsored by the American Political Science Association's Special Projects Fund and the Center for the Study of Ethnicity, Race and Immigration at Penn. February 28-29, 2020.

"Using Observational and Experimental Data to Examine the Sociopolitical Consequences of Perceived Discrimination." **Rutgers University**. Talk sponsored by the Emerging Trends Lecture Series & the Center for the Experimental Study of Politics and Psychology. April 27, 2018.

"A Change of Heart? Using Panel Designs to Establish Causality with Real Events." w/Loren Collingwood. **Princeton University**. Talk sponsored by the Center for the Study of Democratic Politics. April 26, 2018.

"Using Observational and Experimental Data to Examine the Sociopolitical Consequences of Perceived Discrimination." **University of California Los Angeles**. Talk sponsored by the Race, Ethnicity and Politics Workshop. March 5, 2018.

"Muslim-American Attitudes, Sociopolitical Behavior, and Identity." Panelist/Section Presenter. **University of California Los Angeles**. Event sponsored by the Luskin School of Public Affairs & the National Science Foundation. December 15, 2017.

"Muslim-American Political Behavior." Panelist/Section Presenter. **Menlo College**. Event sponsored by Menlo College & the National Science Foundation. December 16, 2016.

| | |
|---|---|
| Select Internal or Public Invited Talks/Panels | "American Presidency and Political Power." Talk sponsored by the YALI Mandela Washington Fellows Program at the University of Delaware.  June 21, 2024. |

"How Democratic is the U.S. Constitution, and to What Extent did the Founding Fathers Oppose Majority Rule?" Speaker. University Day Public Lecture. March 18, 2023.

"Executive Power and the U.S. Democracy." Talk sponsored by the YALI Mandela Washington Fellows Program at the University of Delaware.  July 13, 2023.

"Executive Power and the U.S. Democracy." Talk sponsored by the YALI Mandela Washington Fellows Program at the University of Delaware. July 2022.

"Race, Ethnicity, and Gender in the 2020 Election." Speaker. Panel sponsored by the University of Delaware POSCIR. December 14, 2020.

"Building Community: Scholarship and Connection among Faculty of Color." Speaker. Panel sponsored by the Center for the Study of Diversity (CSD) at the University of Delaware. February 24, 2020.

"Executive Power and the U.S. Democracy." Talk sponsored by the 2019 YALI Mandela Washington Fellows Program at the University of Delaware. July 2, 2019.

"Opinion Shift and Stability: Long-Lasting Opposition toward Trump's Muslim Ban." Talk sponsored by the Department of Sociology and Criminal Justice Colloquium Speaker Series at the University of Delaware. April 24, 2019.

"Old-Fashioned Racism and the Roots of Contemporary Islamophobia." Talk sponsored by the Center for the Study of Diversity (CSD) Colloquium Speaker Series at the University of Delaware. December 6, 2018.

"Understanding Executive Power in the United States." Talk sponsored by the 2018 YALI Mandela Washington Fellows Program at the University of Delaware. July 2, 2018.

"The Inclusion and Exclusion of Minority Groups in the United States." Talk sponsored by the 2017 YALI Mandela Washington Fellows Program at the University of Delaware. July 11, 2017.

"Inclusion and Exclusion: Perceptions of Discrimination in the Workplace." Diversity Summit Presenter. Talk sponsored by the Office of Equity and Inclusion at the University of Delaware. June 20, 2017.

"What Happens Now Part II? A Forum to Discuss Bigotry & Closed Borders in the Trump Era." Speaker. Panel sponsored by the Department of Women and Gender Studies, Sociology and Criminal Justice, Political Science and International Relations, & the College of Arts and Sciences at the University of Delaware. February 13, 2017.

"Forum on the Travel Ban Executive Order." Speaker. Panel sponsored by the University of Delaware Provost Office. February 7, 2017.

"What Happens Now Part I? Fear, Diversity, and Inclusion in Post-U.S. Election." Speaker. Panel sponsored by Women and Gender Studies, Sociology and Criminal Justice, Political Science and International Relations, History, & the College of Arts and Sciences at the University of Delaware. November 30, 2016.

"Race, Religion, and Gender." Election Central Panelist. Event sponsored by the Center for Political Communication at the University of Delaware. November 8, 2016.

Select Papers at Conferences

2024

"Motivated Misperceptions and Public Opinion about Abortion" Paper Presentation (Lead, Dr. Cassese) at the Annual American Political Science Association Conference (APSA)

2021

"Partisan Winners and Losers: Testing Alternative Frames of Congressional Election Results Among White and Latino Voters." Online Paper Presentation at the Annual American Political Science Association Conference (APSA).

"Kissing Up and Kicking Down: How Immigrant Resentment Impacts Latinx Support for Donald Trump and Restrictive Immigration Policies." Online Paper Presentation at the Annual American Political Science Association Conference (APSA).

"How do Political Attacks Affect Racial and Ethnic Self-Identities?" Online Paper Presentation at the Annual Midwest Political Science Association Conference (MPSA).

"Kissing Up and Kicking Down: How Immigrant Resentment Impacts Latinx Support for Donald Trump and Restrictive Immigration Policies." Online Paper Presentation at the Annual Midwest Political Science Association Conference (MPSA).

2019

"The Significance of Politicized Group Identities: Re-examining the Relationship between Contact with Punitive Political Institutions and Political Participation." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Washington DC.

"Threat or Reassurance? Framing Midterm results among Latinos and Whites." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Washington DC.

"When American Identity Trumps Latinx Identity: Explaining Support for Restrictive Immigration Policies." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Washington DC.

"Anti-Minority Politics and Political Participation: Evidence from Four Countries." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Washington DC.

2018

"Assessing the Link between Interactions with Punitive Political Institutions and Political Behavior." Paper Presentation at the 2018 Symposium on the Politics of Immigration, Race, and Ethnicity (SPIRE) Meeting in Philadelphia, PA (University of Pennsylvania).

"Are Integrated Muslim Americans More Likely to Perceive Discrimination?" Paper Presentation at the Annual American Political Science Association Conference (APSA) in Boston, MA.

"Opinion Shift and Stability: Enduring Individual-Level Opposition to Trump's Muslim Ban." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Boston, MA.

"Assessing the Link between Interactions with Punitive Political Institutions and Political Behavior." Paper Presentation at the 2018 Collaborative Multiracial Post-Election Study (CMPS) Meeting in Los Angeles, CA (UCLA).

2017

"A Change of Heart? Why Individual-Level Public Opinion Shifted against Trump's Muslim Ban." Paper Presentation at the Annual American Political Science Association Conference (APSA) in San Francisco, CA.

"Veiled Politics: Experiences with Discrimination among American Muslims." Paper Presentation at the Annual American Political Science Association Conference (APSA) in San Francisco, CA.

"The Racial Shield as Racism Exoneration: Explaining White Racist Support for Conservative Minority Candidates." Paper Presentation at the Annual

Western Political Science Association Conference (WPSA) in Vancouver BC, Canada.

2016

"Assessing the Mechanism Linking Discrimination to Democratic Engagement." Paper Presentation at the Annual American Political Science Association Conference (APSA) in Philadelphia, PA.

"Estimating Candidate Support: Comparing EI and EI-RxC." Paper Presentation at the Annual Midwest Political Science Association Conference (MPSA) in Chicago, Illinois.

| | |
|---|---|
| Select Student Supervision | Sadie Ellington, Dissertation Committee Member (POSC) |
| | Enes Aksu, Dissertation Committee Member (POSC) |
| | Enes Tuzgen, Dissertation Committee Member (POSC) |
| | Olga Gerasimenko, Dissertation Committee Member (POSC) |
| | Furkan Karakayan, Dissertation Committee Member (POSC) |
| | Richard Takyi Amoah, Dissertation Committee Member (ECON) |
| | Sheila Afrakomah, Dissertation Committee Member (ECON) |
| | Ahmet Ates, Dissertation Committee Member (POSC) |
| | Charles Mays, Long Paper and Dissertation Chair (POSC) |
| | Ian Mumma, Long Paper Committee Member (POSC) |
| | Clark Shanahan, Long Paper Committee Member (POSC) |
| | Natalie Standridge, Long Paper Committee Member (POSC) |
| | Fahmida Zaman, Research Assistant Supervisor (POSC) |
| | Lola Bessis, Independent Research Supervisor (POSC) |
| | |
| | Rachel Spruill, Undergraduate Honors Thesis Chair |
| | Satvika Kadiyala, Undergraduate Summer Scholars Advisor |
| | Jessica Sack, Undergraduate Honors Thesis Chair |
| | Jordan Spencer, Undergraduate Faculty Mentor for the McNair Program |
| | Lauren Turenchalk, Undergraduate Research Supervisor |

Professional Service

**Editorial Board Member**
*Politics and Religion* (6/2018 - 12/2021)

**Select Discipline Service**
American Political Science Association (APSA) REP Section Executive Council (2025-2027)

American Political Science Association (APSA) REP Section Conference Chair (2021-2022)

Western Political Science Association (WPSA) Task Force on Equity, Inclusion, and Access in the Discipline (2020-2021)

American Political Science Association (APSA) REP Best Paper Award Committee Member (2020)

**Select University Service**
College of Arts & Sciences Senator (2025)
Community Engagement Scholars Faculty Review Board Member (Winter/Spring 2022)
Summer Educational and Cultural Experience Program (SECEP)
Lecturer of Politics and Justice in the United States. (July 27 - August 20, 2019)

**Select Department Service Roles**
Director of Graduate Admissions & Funding
Director of Undergraduate Internships
Executive and Advisory Committee Member
Member of Hiring Committees
Faculty Review Committee Member
Graduate Placement Committee Chair
Academic Program Review Steering Committee Member
Academic Program Review Response Committee Member
Undergraduate Advising (Standard Annual Load)
Diversity, Equity, and Inclusion Committee Member
New Minor Development Committee Member
Social Science Sponsored Research Committee Member

**Manuscript Reviewer/Referee**
*American Journal of Political Science, American Political Science Review, American Politics Research, British Journal of Political Science, Belgian Federal office for Science Policy, Behavioral Sciences of Terrorism and Political Aggression, Cambridge University Press, Electoral Studies, European Journal of Political Research, European Political Science Review, International Journal of Public Opinion, Journal of Elections, Public Opinion & Parties, Journal of Ethnic and Migration Studies, Journal of Public Policy, Journal of Politics, Journal of Race, Ethnicity and Politics, Journal of Women, Politics & Policy, Migration Studies, Perspectives on Politics, Political Behavior, Politics, Groups, and Identities, Political Psychology, Political Research Quarterly, Politics and Religion, Political Studies Review, PS: Political Science & Politics, Public Opinion Quarterly, Social Science Quarterly, Time-Sharing Experiments for the Social Sciences*

**Conference Coordination**
Politics of Race, Immigration, and Ethnicity Consortium (PRIEC) at the University of Delaware. (2020)

Politics of Race, Immigration, and Ethnicity Consortium (PRIEC) at the University of Washington. (2013)

Latinos and the Voting Rights Act. Center for Democracy and Voting Rights Research at the University of Washington Law School. (2013)

Islam in the Public Sphere Conference. Washington Institute for the Study of Race & Ethnicity (WISER). (2011)

| Select Expert Consulting Experience | |
|---|---|
| | *State of Maryland Attorney General's Office*; 2021 MD Redistricting |
| | *Baltimore County Branch of the NAACP v. Baltimore County, Maryland*, No. 1:21-cv-03232-LKG (D. Md. 2022) |
| | *Common Cause Florida v. Lee*, 4:22-cv-109-AW-MAF (N.D. Fla.) |
| | *Common Cause Florida v. Byrd*, No. 4:22-cv-00109-AW-MAF (N.D. Fla. 2022) [Deposed] |
| | *Dickinson Bay Area NAACP Branch v. Galveston County, Texas*, No. 3:22-cv-117-JVB (S.D. Tex. 2023) [Deposed & Testified] |
| | *Reyes v. Chilton*, 4:21-cv-05075-MKD (E.D. Wash. 2021) [Deposed] |
| | *Roswell Independent School District (RISD)*; 2022 Redistricting |
| | *Caroline County Branch of the NAACP v. Town of Federalsburg*, Civ. Action No. 23-SAG-00484 (D.Md. 2023) |
| | *Cobb County Board of Elections and Registration*, No. 1:22-cv-02300-ELR (N.D. Ga. 2022) |
| | *Coca v. City of Dodge City, et al.* Case no. 6:22-cv-01274 (D Kan. 2022) [Deposed & Testified] |
| | *Soto Palmer v. Hobbs*, No. 3:22-cv-05035-RSL (W.D. Wash. 2021) [Testified] |
| | *Stone v. Allen*, No. 2-21-cv-1531 (N.D. Ala. 2021) [Deposed & Testified] |

*Wicomico County Branch of the NAACP et al v. Wicomico County, MD*, Civ. Action No. 23-MJM-03325 (D. Md. 2023)

*New York Communities for Change et al v. County of Nassau, NY*, No. 602316/2024 (N.Y.S.) [Deposed & Testified]

*NC NAACP et al v. Berger et al*, No. 23-cv-1104 (M.D. NC. 2023) [Deposed & Testified]

| Previous Research Positions | **Senior Researcher, Washington Poll** | 2010-2014 |
|---|---|---|

**Senior Researcher, Washington Poll**                                      2010-2014
  *Public Opinion Survey Design, Programming, and Analysis.*

**Researcher, Center for Democracy & Voting Rights Research**   2013-2014
  *Racially Polarized Voting (RPV) Analysis of jurisdictions in states such as: California, Florida, Texas, and Washington.*

**Investigator, Washington State Charter School Initiative**                  2013
  *Precinct and school district level data collection and analysis of the I-1240 Vote for S360 Polling Firm and Melinda & Gates Foundation.*

Skills & Additional Information

**Software**: R, STATA, LaTeX, ESRI, DRA
**Languages**: Farsi (Persian)–Native Speaker
**R Packages**: eiCompare (contributor), eiExpand (contributor)