**Outlook**

**State Senate Redistricting Plan Submissions**

From
Date  Thu 10/9/2025 4:43 PM
To    ALNDdb Manasco Chambers <manasco_chambers@alnd.uscourts.gov>
Cc    rfa@chlaw.com <rfa@chlaw.com>

7 attachments (20 MB)
Redistricting Submission Report (2).pdf; Plan 5.csv; Plan 5.2.csv; Plan 4.csv; Plan 4.2.csv; Plan 3.2.csv; Plan 3.csv;

**CAUTION - EXTERNAL:**

To The Court,

My initials are D. D., and I write to submit the attached Remedial Plans to the Special Master Team for their consideration. Although my name may be visible in my email, please ensure that my initials are used in place of my name on the docket, as I am a minor.

Attached to this email are block assignment files for 6 Remedial Plans; these files are titled after the name of the plan. Additionally, a brief 4 page Report on these Plans is also attached in support of my plans.

If you have any questions, please let me know.

With thanks,
D. D.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.