FILED
2025 Oct-16 AM 08:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Comment on *NAACP v. Allen* Alabama State Senate District Map Proposals**

My name is William Abernathy, and I am a college student who previously resided in Alabama for nineteen years. I am writing as a concerned citizen in relation to the proposed changes to the Alabama State Senate District Map in relation to *NAACP v. Allen*.

In regards to the Alabama State Senate map proposals submitted by the plaintiffs and by D. D. in this case, there is one most obvious impactful difference between the two sets of proposals: the changing or lack thereof of the boundaries of the 30th District. Within the proposals provided by the plaintiffs in this case, substantial changes are made to the boundaries of the 30th District, whereas the proposals submitted by D. D. provide little to no change to the district's boundaries. With this observation the prevailing question becomes whether or not to shift the boundaries of the 30th District in amending the State Senate map. The answer to this question is that the 30th District should remain as unchanged as feasibly possible. The unfair distribution of voting age black Americans is confined to Districts 25 and 26, and shifting the boundaries of the 30th District is unnecessary. The changes provided within the proposals submitted by D. D. effectively and compactly rearrange Districts 25 and 26 without the disruption of the 30th District's current boundaries. In sum, of the proposals sent in those that change the 30th District's boundaries the least are the best option in amending the Alabama State Senate District Map to maintain compliance with the Voting Rights Act of 1965.