FILED
2025 Oct-24 PM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2



**Remedial Plan 2**

| Plan Characteristics | Remedial Plan 2 |
|---|---|
| Maximum Population Deviation | 14,115 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in Enacted Plan): Statewide | 96.8% |
| County Splits (out of 67 counties) | 19 |
| Voting District Splits (out of 1,837 voting districts) | 14 |
| Municipality Splits (out of 462 municipalities) | 87 |
| Montgomery Split (% Population in District 25 / District 26) | 49.9% / 50.1% |
| Compactness: Reock Score: Statewide | 0.42 |
| Compactness: Polsby-Popper Score: Statewide | 0.26 |
| Compactness: Population Polygon Score: Statewide | 0.69 |
| Compactness: Cut Edges: Statewide | 8,700 |

| District Characteristics | District 25 | District 26 | District 30 |
|---|---|---|---|
| Total Population | 140,325 | 143,358 | 148,962 |
| Core Retention (compared to Enacted Plan) | 57.7% | 62.2% | 68.8% |
| Compactness: Reock Score | 0.34 | 0.50 | 0.54 |
| Compactness: Polsby-Popper Score | 0.21 | 0.35 | 0.24 |
| Compactness: Population Polygon Score | 0.57 | 0.92 | 0.54 |
| Black Voting Age Population | 53.6% | 48.3% | 19.1% |

**Election Performance Analysis** – The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or other votes). The average is a simple average (equally weighted) of all unique election contests without duplicates.

| Election Contest | District 25 | | District 26 | |
|---|---|---|---|---|
| | % Votes for BPC | Margin of Victory (or Defeat) | % Votes for BPC | Margin of Victory (or Defeat) |
| **Eleven Biracial Elections** | | | | |
| 2014 Auditor | 50.4% | 0.9% | 46.7% | **-6.7%** |
| 2014 Lt. Governor | 55.1% | 10.2% | 55.3% | 10.6% |
| 2014 Secretary of State | 54.8% | 9.7% | 54.9% | 9.9% |
| 2018 Auditor | 60.6% | 21.2% | 58.6% | 17.1% |
| 2018 Lt. Governor | 59.1% | 18.1% | 56.8% | 13.6% |
| 2018 Pub. Serv. Commission (Place 1) | 60.3% | 20.6% | 58.2% | 16.3% |
| 2022 Attorney General | 53.8% | 7.7% | 52.6% | 5.1% |
| 2022 Governor | 51.9% | 3.8% | 50.8% | 1.7% |
| 2022 Secretary of State | 54.4% | 8.9% | 53.3% | 6.6% |
| 2022 Supreme Court Assoc. Justice | 54.6% | 9.2% | 53.1% | 6.2% |
| 2022 U.S. Senate | 53.5% | 7.0% | 52.3% | 4.6% |
| **Subtotal – Average** | **55.3%** | **10.7%** | **53.9%** | **7.7%** |
| **Subtotal – Contests Won** | **11 of 11** | - | **10 of 11** | - |
| **Additional Elections** | | | | |
| 2017 U.S. Senate | 68.8% | 37.7% | 67.8% | 35.6% |
| 2018 Attorney General | 61.8% | 23.7% | 59.6% | 19.2% |
| 2018 Governor | 58.6% | 17.2% | 56.6% | 13.2% |
| 2018 Secretary of State | 59.1% | 18.2% | 57.2% | 14.3% |
| 2020 President | 59.7% | 19.3% | 59.5% | 19.1% |
| 2020 U.S. Senate | 61.3% | 22.6% | 61.3% | 22.5% |
| **Total – Average** | **57.5%** | **15.0%** | **56.1%** | **12.3%** |
| **Total – Contests Won** | **17 of 17** | - | **16 of 17** | - |