FILED
2025 Oct-24 PM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4



**Enacted Plan**

| Plan Characteristics | Enacted Plan |
|---|---|
| Maximum Population Deviation | 14,313 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in Enacted Plan): Statewide | 100.0% |
| County Splits (out of 67 counties) | 19 |
| Voting District Splits (out of 1,837 voting districts) | 13 |
| Municipality Splits (out of 462 municipalities) | 85 |
| Montgomery Split (% Population in District 25 / District 26) | 29.1% / 70.9% |
| Compactness: Reock Score: Statewide | 0.41 |
| Compactness: Polsby-Popper Score: Statewide | 0.26 |
| Compactness: Population Polygon Score: Statewide | 0.69 |
| Compactness: Cut Edges: Statewide | 8,862 |

| District Characteristics | District 25 | District 26 | District 30 |
|---|---|---|---|
| Total Population | 147,800 | 148,450 | 136,395 |
| Core Retention (compared to Enacted Plan) | N/A | N/A | N/A |
| Compactness: Reock Score | 0.24 | 0.50 | 0.44 |
| Compactness: Polsby-Popper Score | 0.14 | 0.18 | 0.23 |
| Compactness: Population Polygon Score | 0.41 | 0.77 | 0.70 |
| Black Voting Age Population | 29.0% | 66.1% | 23.6% |

**Election Performance Analysis** – The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate ("BPC") minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or other votes). The average is a simple average (equally weighted) of all unique election contests without duplicates.

| Election Contest | District 25 | | District 26 | |
|---|---|---|---|---|
| | % Votes for BPC | Margin of Victory (or Defeat) | % Votes for BPC | Margin of Victory (or Defeat) |
| **Eleven Biracial Elections** | | | | |
| 2014 Auditor | 29.1% | **-41.8%** | 64.1% | 28.2% |
| 2014 Lt. Governor | 30.3% | **-39.5%** | 71.7% | 43.3% |
| 2014 Secretary of State | 28.2% | **-43.7%** | 72.5% | 45.0% |
| 2018 Auditor | 36.2% | **-27.5%** | 76.2% | 52.4% |
| 2018 Lt. Governor | 34.4% | **-31.2%** | 74.7% | 49.5% |
| 2018 Pub. Serv. Commission (Place 1) | 35.5% | **-29.0%** | 76.0% | 52.0% |
| 2022 Attorney General | 30.2% | **-39.6%** | 72.3% | 44.6% |
| 2022 Governor | 28.1% | **-43.8%** | 70.7% | 41.4% |
| 2022 Secretary of State | 30.1% | **-39.7%** | 73.5% | 47.0% |
| 2022 Supreme Court Assoc. Justice | 30.7% | **-38.5%** | 72.9% | 45.8% |
| 2022 U.S. Senate | 29.7% | **-40.7%** | 72.3% | 44.6% |
| **Subtotal – Average** | **31.1%** | **-37.7%** | **72.5%** | **44.9%** |
| **Subtotal – Contests Won** | **0 of 11** | **-** | **11 of 11** | **-** |
| **Additional Elections** | | | | |
| 2017 U.S. Senate | 45.5% | **-9.0%** | 82.2% | 64.5% |
| 2018 Attorney General | 38.4% | **-23.1%** | 76.6% | 53.2% |
| 2018 Governor | 35.5% | **-29.0%** | 73.4% | 46.9% |
| 2018 Secretary of State | 34.7% | **-30.7%** | 75.0% | 50.1% |
| 2020 President | 34.8% | **-30.4%** | 77.6% | 55.2% |
| 2020 U.S. Senate | 37.1% | **-25.9%** | 78.8% | 57.5% |
| **Total – Average** | **33.4%** | **-33.1%** | **74.2%** | **48.3%** |
| **Total – Contests Won** | **0 of 17** | **-** | **17 of 17** | **-** |