# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP,** *et al.*, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, | ) ) ) ) |
| **Defendant.** | ) ) |

**Case No.: 2:21-cv-1531-AMM**
**Case No.: 2:25-mc-1682-AMM**

## STATEMENT OF FEES AND EXPENSES
## BY THE SPECIAL MASTER TEAM

**BEFORE THE SPECIAL MASTER:**

In the November 17, 2025 Injunction, Order, and Court-Ordered Remedial Map ("Order"), the Court ordered the Special Master Team to file a Fee Statement within 21 days of the date of the Order. Order, at 4. The Court instructed that the Fee Statement set forth expenses incurred (with supporting documentation), hours worked and work performed, hourly rate, and any additional information necessary for the Court to assess the reasonableness of the expenses and fees claims, for the Special Master, his counsel, and the cartographer. *Id.*

The Special Master Team respectfully files this Statement of Fees and Expenses in compliance with the Court's Order. The fees and expenses incurred by each member of the Special Master Team are set forth below, along with the hours worked, hourly rates, and descriptions of the work performed by each member.

**Fees Incurred by Members of the Special Master Team**

**Special Master Richard F. Allen**

Richard F. Allen served as the Special Master in this matter. His work included the following: Providing overall coordination and guidance to attorneys and the cartographer in developing the Report & Recommendation; providing proposed Senate district maps for the State of Alabama that meet all legal and constitutional requirements; attending telephone conferences and communicating with members of the Court and the Special Master Team; attending and monitoring Court hearings; reviewing precedential cases and orders of the Court; reviewing and analyzing filings by parties and interested non-parties; reviewing maps and plans proposed by parties and interested non-parties; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

His hourly rate is $400 and he worked for 67.9 hours. Thus, his total fees are $27,160.00.

### Cartographer David Ely

David Ely served as the cartographer in this matter. His work included the following: Reviewing and analyzing filings by parties and interested non-parties; reviewing maps and plans proposed by parties and interested non-parties; drawing proposed Senate district maps for the State of Alabama that meet all legal and constitutional requirements; attending telephone conferences and communicating with members of the Court and the Special Master Team; attending and monitoring Court hearings; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

His hourly rate is $450.00 and he worked for 95.0 hours. Thus, his total fees are $42,750.00.

### Counsel to the Special Master—Mayer Brown LLP

All rates for Mayer Brown LLP attorneys reflect a 10% discount from their standard hourly rates.

**Michael A. Scodro**

Michael Scodro is a partner at Mayer Brown LLP and served as an attorney on the Special Master Team. His work in this matter included the following: Providing overall coordination and guidance to attorneys in performing research for and drafting the Report & Recommendation; reviewing and editing drafts of the Report & Recommendation and other Court filings by the Special Master Team; reviewing and analyzing filings by parties and interested non-parties; reviewing maps and plans proposed by parties and interested non-parties; attending telephone conferences and communicating with members of the Court and the Special Master Team; attending and monitoring Court hearings; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

His discounted hourly rate is $1,404.00, and he worked for 28.9 hours. Thus, his total fees are $40,575.60.

**Mitchell D. Holzrichter**

Mitchell Holzrichter is a partner at Mayer Brown LLP and served as an attorney on the Special Master Team. His work in this matter included the following: Working closely with the cartographer to draw proposed Senate district maps for the State of Alabama that meet all legal and constitutional requirements; drafting the Report & Recommendation; reviewing and editing drafts of the Report & Recommendation and other Court filings by the Special Master Team; reviewing and analyzing filings by parties and interested non-parties; reviewing maps and plans proposed by parties and interested non-parties; attending telephone conferences and communicating with members of the Court and the Special Master Team; attending and monitoring Court hearings; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

His discounted hourly rate is $1,197.00 and he worked for 37.0 hours. Thus, his total fees are $44,289.00.

**Rachel J. Lamorte**

Rachel Lamorte is a partner at Mayer Brown LLP and served as an attorney on the Special Master Team. Her work in this matter included the following: Researching legal topics and authorities and drafting sections of the Report & Recommendation; reviewing and editing drafts of the Report & Recommendation and other Court filings by the Special Master Team; reviewing and analyzing filings by parties and interested non-parties; communicating with members of the Court and the Special Master Team; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

Her discounted hourly rate is $1,197.00 and she worked for 10.4 hours. Thus, her total fees are $12,448.80.

### Clare E. Myers

Clare Myers is an associate at Mayer Brown LLP and served as an attorney on the Special Master Team. Her work in this matter included the following: Researching legal topics and authorities and drafting sections of the Report & Recommendation; cite-checking and reviewing the Report & Recommendation; communicating with members of the Court and the Special Master Team; reviewing and analyzing filings by parties and interested non-parties; and providing review and input for the Report & Recommendation and other Court filings by the Special Master Team.

Her hourly rate is $1,044.00 and she worked for 43.1 hours. Thus, her total fees are $44,996.40.

### Kenneth Black

Kenneth Black is an associate at Mayer Brown LLP and served as an attorney on the Special Master Team. His work in this matter included the following: Compiling and reviewing multiple reports and data sets produced by the Cartographer; assisting the Special Master Team in preparing reports on each proposed remedial plan; preparing comparison tables for the Report & Recommendation to highlight difference among the proposed remedial plans; and summarizing key metrics and findings about proposed remedial plans for the Report & Recommendation.

His hourly rate is $774.00 and he worked for 22.5 hours. Thus, his total fees are $17,415.00.

### Rocio R. Fernandez

Rocio Fernandez is a paralegal at Mayer Brown LLP and provided support to the Special Master Team. Her work in this matter included the following: Retrieving and organizing docket filings for the Special Master Team; reviewing the parties' pleadings; coordinating filings by the Special Master; and preparing exhibits.

Her hourly rate is $445.50 and she worked for 24.0 hours. Thus, her total fees are $10,692.00.

**Total Fees**

The total fees incurred by the Special Master Team are $240,326.80, as reflected in the table below:

| Name | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| Richard F. Allen | $400.00 | 67.9 | $27,160.00 |
| David Ely | $450.00 | 95.0 | $42,750.00 |
| Michael A. Scodro | $1,404.00 | 28.9 | $40,575.60 |
| Mitchell D. Holzrichter | $1,197.00 | 37.0 | $44,289.00 |
| Rachel J. Lamorte | $1,197.00 | 10.4 | $12,448.80 |
| Clare E. Myers | $1,044.00 | 43.1 | $44,996.40 |
| Kenneth Black | $774.00 | 22.5 | $17,415.00 |
| Rocio R. Fernandez | $445.50 | 24.0 | $10,692.00 |
| Total Fees | | | $240,326.80 |

**Expenses Incurred by Members of the Special Master Team**

The members of the Special Master Team incurred the following expenses in connection with this matter.

| Name | Explanation | Total Expenses |
|---|---|---:|
| David Ely | Travel to and from Alabama for November 5, 2025 Hearing; *see* Ex. A hereto for supporting documentation. | $1,487.04 |
| Total Expenses | | $1,487.04 |

WHEREFORE, the Special Master Team hereby requests that the Court enter an order awarding the fees and expenses set forth above, totaling $240,326.80 in fees and $1,487.04 in expenses.

**SUBMITTED** this 5th day of December, 2025.

/s/ Richard F. Allen
**RICHARD F. ALLEN**
**SPECIAL MASTER**

5