FILED

2025 Dec-05  PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



Your Nov-03-2025 Confirmation #85200860     Inbox ★

**Hampton by Hilton Confirmed www.hilton.com** ›
From: noreply@h6.hilton.com
To: ▮▮▮▮▮▮▮     Thu, Oct 30 at 7:30 AM ★

**Hilton**

Hi David
▮▮▮ Points / Member

**See you soon, David Ely**
Your reservation for Nov-03-2025 has been confirmed.
Confirmation #85200860

### Hampton Inn & Suites Montgomery-Downtown

100 Commerce Street
Montgomery AL 36104 US
**Maps & Directions>>**

+13342651010

**3 MON NOV**    🌙 1 Night    **4 TUE NOV**
Check In: 3:00 PM        Check Out: 12:00 PM

📅 **Add to Calendar**

### Your Room Information

| | |
|---|---|
| **Guest Name:** | David Ely |
| **Guests:** | 1 Adult |
| **Rooms:** | 1 |
| **Room Plan:** | 1 KING BED NONSMOKING |
| **Your Rate Information** | SEMI-FLEX |

| | | |
|---|---|---|
| **Rate per night** | | |
| 03-Nov-2025 - 04-Nov-2025 | 176.64 USD | |
| **Total for Stay per Room Rate** | **176.64 USD** | |
| **Taxes** | 28.75 USD | |
| **Mandatory Charge** | 1.50 USD | |
| **Total price for Stay** | **206.89 USD** | |

✎  Modify Your Reservation >>

ⓘ The hotel will be undergoing renovations from September 26, 2025 - February 28, 2026. Thank you for your patience and understanding.

**Bank of America** 🇺🇸

---

**Business Adv Fundamentals – ██: Account Activity Transaction Details**

---

| | |
|---|---|
| **Post date:** | 11/07/2025 |
| **Amount:** | -218.46 |
| **Type:** | Debit card |
| **Purchaser:** | DAVID R ELY |
| **Description:** | HAMPTON INN & SUITES 11/04 PURCHASE MONTGOMERY AL DEBIT CARD *██ |
| **Merchant category:** | Hampton Inn Hotels |
| **Merchant category code:** | 3665 |
| **Merchant name:** | HAMPTON INNS |
| **Merchant information:** | MONTGOMERY,AL |
| **Transaction category:** | Travel: Travel |

Your trip confirmation (LAX - MGM)                                    Inbox ☆

**American Airlines** aa.com ›                          🖨  Thu, Oct 30 at 11:01 AM  ☆
From: no-reply@info.email.aa.com
To: ELY@COMPASS-DEMOGRAPHICS.COM

 American

Issued: October 30, 2025

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **KFMRPL**

### Tuesday, November 4, 2025

| **LAX** | AA 2245 | |
| Los Angeles | | |
| 12:59 AM | | |

| **DFW** | Seat: **22F** |
| Dallas/Fort Worth | Class: **Economy (K)** |
| 5:54 AM | Meals: **Refreshment** |

| **DFW** | AA 5614 |
| Dallas/Fort Worth | Operated by PSA Airlines as American Eagle |
| 10:33 AM | |

| **MGM** | Seat: **20F** |
| Montgomery | Class: **Economy (S)** |
| 12:34 PM | Meals: |

### Wednesday, November 5, 2025

| **MGM** | AA 5616 |
| Montgomery | Operated by PSA Airlines as American Eagle |
| 5:37 PM | |

| **DFW** | Seat: **18F** |
| Dallas/Fort Worth | Class: **Economy (V)** |
| 8:04 PM | Meals: |

| **DFW** | AA 1796 |
| Dallas/Fort Worth | |
| 9:00 PM | |

## LAX

Los Angeles

**10:27 PM**

| | |
|---|---|
| Seat: | **33A** |
| Class: | **Economy (V)** |
| Meals: | **Food for purchase** |

**Manage your trip**



## Limited time: Earn up to 90,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms Apply.

Learn more

## Your purchase

**David Ely**

Join the AAdvantage® Program

New ticket (0012286879221)     $1,280.15
[$1,154.00 + Taxes & carrier-imposed fees $126.15]

| | |
|---|---|
| **Total cost** | **$1,280.15** |

## Your payment

| | |
|---|---|
| Flight Credit (ending ███) | $848.97 |
| Visa (ending ███) | $431.18 |

| | |
|---|---|
| **Total paid** | **$1,280.15** |